**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HECTOR HERNANDEZ, ET AL. | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | |
| v. | * | Case No.: 16-1832 (RC) |
| | * | |
| THE CRAFTSMEN GROUP, INC. | * | |
| | * | |
| DEFENDANT. | * | |

*************************************************************************

**CORRECTED NOTICE OF CONSENT TO DISMISSAL, WITHOUT PREJUDICE**

1. On about November 17, 2016, Plaintiffs Hector Hernandez and Oscar Aguilar Panameno (together, "Plaintiffs"), through counsel, filed their First Amended Complaint against The Craftsmen Group, Inc. ("Defendant") to recover damages under the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 et seq. ("FLSA"); the D.C. Minimum Wage Act Revision Act of 1992, D.C. Code §§ 32-1001 et seq. ("DCMWA"); and the D.C. Wage Payment and Wage Collection Act, D.C. Code §§ 32-1301 et seq. ("DCWPA").

2. On January 9, 2017, Defendant, through counsel, filed a Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule 12(b)(6).

3. The dismissal sought is without prejudice.[1]

WHEREFORE, Plaintiffs, through counsel, hereby notify the Court of their consent to the dismissal of the above captioned action, without prejudice.

---

[1] Neither the Motion itself nor the proposed order seeks dismissal, with prejudice. To the contrary, dismissal is requested based on a Fed. R. 12(b)(6) pleading deficiency. To this end, the requested relief must be dismissal, without prejudice.

Respectfully submitted,

___/s/__Gregg C. Greenberg_____
Gregg C. Greenberg, Bar No. MD17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone:  301-587-9373
Fax:  240-839-9142
Email:  ggreenberg@zagfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2017, a true and correct copy of the foregoing Notice of Consent to Dismissal, Without Prejudice was served electronically by the Court's ECF System on all counsel of record.

___/s/__Gregg C. Greenberg_____
Gregg C. Greenberg